**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| JOSE LARA SERRANO | CIVIL ACTION NO. 26-3133-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN CENTRAL LOUISIANA ICE PROCESSING CENTER, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Jose Lara Serrano's petition be **DENIED AND DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 20th day of November, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE